AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas

JAN 3 0 2015

David J. Bradley, Clerk

United States of America
v.
Alejandro Cervantes
1983/USC

*Defendant*

Case No. M-15-0148-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  01/29/2015  in the county of  Starr  in the  Southern  District of Texas, the defendant violated  Title 21  U. S. C. § 841 (a) (1), 846 , an offense described as follows:

Knowingly and intentionally possess with intent to distribute approximately 257 kilograms of marijuana, a Schedule II Controlled Substance.
Knowingly and intentionally Conspire to possess with the intent to distribute approximately 257 kilograms of marijuana, a Schedule II Controlled Substance.

This criminal complaint is based on these facts:
SEE ATTACHMENT

☐ Continued on the attached sheet.

approved by
AUSA [signature]

_____
Complainant's signature

Steven Picone/Special Agent-DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  01/30/2015   8:55 pm

_____
Judge's signature

City and state:  McAllen, Texas

U.S. Magistrate Peter Ormsby
*Printed name and title*

## Attachment

On January 29, 2015, at approximately 6:15 pm, Border Patrol Agent Rolando Cavazos was on routine patrol in the area of Salineno, Texas when Agent Cavazos was advised via radio communications that Aerostat cameras had located two unknown subjects acting suspiciously. Agent Cavazos advised that Salineno is commonly known as a drug smuggling region. At approximately 6:30 pm, Agent Cavazos responded to the area to assist and was advised by Aerostat operators that several subjects appeared to be carrying bundles from Mexico to the United States. Aerostat operators maintained continuous surveillance on the subjects carrying the bundles and witnessed the subjects place the bundles into a sports utility vehicle (2003 Ford Explorer) in United States. Agent Cavazos drove southbound until he made contact with the sports utility vehicle that was being monitored. Agent Cavazos conducted a traffic stop on the vehicle and was clearly able to see bundles inside the vehicle through the windows. Alejandro CERVANTES was identified as the driver, and only occupant, of the vehicle that had been monitored. Agent Cavazos seized 38 bundles wrapped in brown packaging tape containing green plant material inside weighing two hundred and fifty-seven kilograms. The green plant material did field test positive for Marijuana.

On January 29, 2015, at approximately 10:45 pm, Task Force Officers Hector Mendez and Ismael Rivas and Special Agent Steven Picone responded to the Rio Grande Border Patrol Station where Alejandro CERVANTES was being processed and held. Alejandro CERVANTES was advised of his Miranda Rights and waived his rights at that time. CERVANTES advised that he met an unknown male subject at the Family Center in Roma, Texas who approached CERVANTES outside. CERVANTES claimed the subject asked him if he wanted to make money. CERVANTES advised he agreed to drive to a location to pick up Marijuana from Mexico. CERVANTES was provided a hand drawn map by the subject showing where he needed to pick up the Marijuana. CERVANTES advised that he did not speak to the subjects who placed the Marijuana bundles into his 2003 gray Ford Explorer and that he just wanted to get the Marijuana and leave. CERVANTES advised he did not know where to take the Marijuana once he picked it up and that he did not have a telephone number for the subject he had met at the Family Center.